```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 MAR - 3 2011

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **CR 06-00874** |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| **Tigran Malkhasyan** ) | 18 U.S.C. § 3143(a) |
| Defendant. ) | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest/warrant issued by the United States District Court for the **CD/CA** involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (X) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____
   _____
   _____
   _____
   _____

   B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
   _____
   _____
   _____
   _____

IT IS ORDERED that defendant be detained.

DATED: 3/3/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge