# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-00874 SJO-TJH |
| Plaintiff, | |
| v. | **Order** |
| TIGRAN MALKHASYAN, *et al.*, | [201] |
| Defendants. | |

The Court has considered Defendant Tigran Malkhasyan's November 23, 2020, letter.

On June 17, 2020, Malkhasyan moved for a sentence reduction based on compassionate release. While his motion was pending, Malkhasyan was released to serve the remaining portion of his sentence in home confinement. On August 20, 2020, the Court denied Malkhasyan's motion for a sentence reduction.

On November 23, 2020, Malkhasyan submitted a handwritten letter to the Court. In the letter, Malkhasyan asserted that he suffers from, *inter alia*, hypertension and diabetes, and that his doctors told him that he should be on bed rest. Malkhasyan, also, indicated that the conflict in Armenia has left many children orphaned. Accordingly, Malkhasyan seeks leave to go to Armenia so that he can help the orphaned children.

Essentially, Malkhasyan seeks a sentence reduction based on compassionate release.  However, because the Court has, already, denied Malkhasyan's motion for a sentence reduction, the Court will construe his letter as a motion for reconsideration of the Court's August 20, 2020, order.

A motion for reconsideration may be granted only where there is: (1) A material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision; (2) The emergence of new material facts or a change of law; or (3) A manifest showing of a failure to consider material facts presented to the Court.  Local Rule 7-18.

Malkhasyan failed to set forth any grounds that would justify reconsideration.

Accordingly,

It is Ordered that the motion for reconsideration be, and hereby is, Denied.

Date: December 4, 2020

Terry J. Hatter, Jr.
Senior United States District Judge